UNITED STATES DISTICT COURT
WESTERN DISTRICT
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GILBERT C. GARZA | § § | |
| v. | § § | |
| BEXAR METROPOLITAN WATER DISTRICT, GILBERT OLIVARES, ADOLFO RUIZ, VICTOR VILLAREAL, JAMES CLEMENTS, BLANCHE ATKINSON, DEBORAH EATON, JOSE GALLEGOS, LESLIE WENGER, AND ANDY CARR | § § § § § § § § | Civil Action No. SA08CA0839-OG |

| | | |
|---|---|---|
| LILIANA ORANDAY | § § | |
| V. | § § | Civil Action No. SA09CA0488 OG |
| BEXAR METROPOLITAN WATER DISTRICT | § § | |

| | | |
|---|---|---|
| HUMBERTO RAMOS | § § | |
| V. | § § | Civil Action No. SA09CA0489 OG |
| BEXAR METROPOLITAN WATER DISTRICT | § § § | |

## AGREED ADVISORY TO THE COURT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

      Defendant, BEXAR METROPOLITAN WATER DISTRICT and Plaintiffs, LILIANA ORANDAY and HUMBERTO RAMOS file this agreed advisory to the Court to advise the Court

1

that a settlement has been reached in the *Oranday* and *Ramos* cases pending approval of the Bexar Metropolitan Water District Board. The settlement will be presented to the Board on July 27, 2009 for approval.

Both parties respectfully request the Court to extend the time for Plaintiffs, Oranday and Ramos to respond to Defendant, Bexar Metropolitan Water District's Motion to Dismiss until 20 days after the July 27, 2009 board meeting, if necessary, and to extend the time to advise the Court whether consolidation will be necessary, pending approval of the settlement by the Board.

Additionally, both parties will file an advisory to the Court by July 30, 2009 informing the Court whether the settlement was approved by the Board.

This extension is not meant to prejudice any party with respect to their claims and defenses.

Respectfully submitted,

**LAW OFFICES OF**
**WILLIAM M. McKAMIE, P. C.**
941 Proton Road
San Antonio, Texas 78216
(210) 546-2122
(210) 546-2130 (Facsimile)

By: _____
WILLIAM M. McKAMIE
State Bar No. 13686800
BRADFORD E. BULLOCK
State Bar No. 00793423

**COUNSEL FOR BEXAR METROPOLITAN WATER DISTRICT, VICTOR VILLAREAL, JAMES CLEMENTS, BLANCHE ATKINSON, DEBORAH EATON, JOSE GALLEGOS, LESLIE WENGER, and ANDY CARR**

And

Pulman, Cappuccio, Pullen & Benson, L.L.P.
2161 NW Military HWY 400
San Antonio, Texas 78213-6164
(210) 222-9494
(210) 892-1610 (Facsimile)

*Elliott Cappuccio*
w/ permission
BEB

Elliott S. Cappuccio
SBN: 24008419
ecappuccio@pulmanlaw.com
Lance H. Luke Beshara
SBN: 24045492
lbeshara@pulmanlaw.com

**COUNSEL FOR PLAINTIFF**

3

## CERTIFICATE OF SERVICE

I certify that on July 9, 2009, a complete and correct copy of the **AGREED ADVISORY TO THE COURT** was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being sent to the following counsel of record:

Reid E. Meyers
11118 Wurzbach Rd., Ste 207
San Antonio, Texas 78230

Elliott S. Cappuccio
Lance H. Luke Beshara
Pulman, Cappuccio, Pullen & Benson, L.L.P.
2161 NW Military HWY 400
San Antonio, Texas 78213-6164

Charles S. Frigerio
Hector X. Saenz
Law Office of Charles S. Frigerio, P.C.
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205

Albert Lopez
Deborah L. Leach
Law Offices of Albert Lopez
14310 Northbrook Dr., Suite 110
San Antonio, Texas 78232

_____
WILLIAM M. McKAMIE
BRADFORD E. BULLOCK