UNITED STATES DISTICT COURT
WESTERN DISTRICT
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LILIANA ORANDAY | § § | |
| V. | § § | Civil Action No. SA09CA0488 OG |
| BEXAR METROPOLITAN WATER DISTRICT | § § § | |

| | | |
|---|---|---|
| HUMBERTO RAMOS | § § | |
| V. | § § | Civil Action No. SA09CA0489 OG |
| BEXAR METROPOLITAN WATER DISTRICT | § § § | |

## AGREED ADVISORY TO THE COURT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant, BEXAR METROPOLITAN WATER DISTRICT and Plaintiff, HUMBERTO RAMOS file this advisory to the Court and state that the settlement in the *Oranday* and *Ramos* cases was approved by the Bexar Metropolitan Water District Board on July 27, 2009. The parties are diligently working on the language of the settlement and release agreement and stipulation of dismissal.

Both parties respectfully request that the Court extend Plaintiff *Oranday* and *Ramos'* deadline to respond to Defendant, Bexar Metropolitan Water District's Motion to Dismiss for a period of 14 days so that the parties may complete work on settlement and dismissal documents.

This extension is not meant to prejudice any part with respect to their claims and defenses.

1

Respectfully submitted,

LAW OFFICES OF
WILLIAM M. McKAMIE, P. C.
941 Proton Road
San Antonio, Texas 78216
(210) 546-2122
(210) 546-2130 (Facsimile)

By: /s/ WILLILAM M. McKAMIE
WILLIAM M. McKAMIE
State Bar No. 13686800
BRADFORD E. BULLOCK
State Bar No. 00793423

**COUNSEL FOR BEXAR METROPOLITAN WATER DISTRICT, VICTOR VILLAREAL, JAMES CLEMENTS, BLANCHE ATKINSON, DEBORAH EATON, JOSE GALLEGOS, LESLIE WENGER, and ANDY CARR**

And

Pulman, Cappuccio, Pullen & Benson, L.L.P.
2161 NW Military HWY 400
San Antonio, Texas 78213-6164
(210) 222-9494
(210) 892-1610 (Facsimile)

/s/ ELLIOTT S. CAPPUCCIO
Elliott S. Cappuccio
SBN: 24008419
ecappuccio@pulmanlaw.com
Lance H. Luke Beshara
SBN: 24045492
lbeshara@pulmanlaw.com

**COUNSEL FOR PLAINTIFF**