IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HUMBERTO RAMOS | § | |
| | § | |
| V. | § | Civil Action No. SA09CA0489 OG |
| | § | |
| BEXAR METROPOLITAN WATER DISTRICT | § § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff, HUMBERTO RAMOS and Defendant, BEXAR METROPOLITAN WATER DISTRICT file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41.

I.

1. This action was removed to this Court on June 15, 2009.

2. Plaintiff moves to dismiss any and all claims set forth in Plaintiff's First Amended Petition.

3. Defendant, who has answered, agrees to the dismissal.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. This stipulation of dismissal of all claims actually asserted and/or that could have been asserted by and between the Defendant and the Plaintiff is with prejudice to refiling.

1

Respectfully submitted,

| | |
|---|---|
| ELLIOTT S. CAPPUCCIO<br>State Bar No. 24008419<br>ecappuccio@pulmanlaw.com<br>LANCE H. "LUKE" BESHARA<br>State Bar No. 24045492<br>lbeshara@pulmanlaw.com<br><br>PULMAN, CAPPUCCIO, PULLEN & BENSON, L.L.P.<br>2161 NW Military Hwy. 400<br>San Antonio, Texas 78213-6164<br>210.222.9494<br>210.892.1610 (Fax)<br><br>**COUNSEL FOR PLAINTIFF,**<br>**HUMBERTO RAMOS** | /s/ WILLIAM M. McKAMIE<br>WILLIAM M. McKAMIE<br>State Bar No. 13686800<br>mick@mckamielaw.com<br>BRADFORD E. BULLOCK<br>State Bar No. 00793423<br>bradford@mckamielaw.com<br><br>LAW OFFICES OF WILLIAM M. McKAMIE, P.C.<br>941 Proton Road<br>San Antonio, Texas 78258<br>210.546.2122<br>210.546.2130 (Fax)<br><br>**COUNSEL FOR DEFENDANT,**<br>**BEXAR METROPOLITAN WATER DISTRICT** |

Respectfully submitted,

/s/ Elliott S. Cappuccio

| | |
|---|---|
| ELLIOTT S. CAPPUCCIO | WILLIAM M. McKAMIE |
| State Bar No. 24008419 | State Bar No. 13686800 |
| ecappuccio@pulmanlaw.com | mick@mckamielaw.com |
| LANCE H. "LUKE" BESHARA | BRADFORD E. BULLOCK |
| State Bar No. 24045492 | State Bar No. 00793423 |
| lbeshara@pulmanlaw.com | bradford@mckamielaw.com |

| | |
|---|---|
| PULMAN, CAPPUCCIO, PULLEN & BENSON, L.L.P. | LAW OFFICES OF WILLIAM M. McKAMIE, P.C. |
| 2161 NW Military Hwy. 400 | 941 Proton Road |
| San Antonio, Texas 78213-6164 | San Antonio, Texas 78258 |
| 210.222.9494 | 210.546.2122 |
| 210.892.1610 (Fax) | 210.546.2130 (Fax) |

**COUNSEL FOR PLAINTIFF, HUMBERTO RAMOS**

**COUNSEL FOR DEFENDANT, BEXAR METROPOLITAN WATER DISTRICT**

2

C:\Documents and Settings\ecappuccio\Local Settings\Temporary Internet Files\Content.Outlook\HMKHIHWI\Stipulation of Dismissal.doc